## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BRADY EUGENE GREEVE,** | |
| *Plaintiff,* | |
| v. | Case No: 5:25-CV-04026-KHV-ADM |
| **STATE OF KANSAS, DEPARTMENT OF CORRECTIONS, KANSAS JUVENILE CORRECTIONAL COMPLEX, et al.** | |
| *Defendants.* | |

## ENTRY OF APPEARANCE

Sarah C. Otto of Foulston Siefkin LLP enters her appearance in this case on behalf of Defendants State of Kansas, Department of Corrections, Kansas Juvenile Correctional Complex, Jeff Zmuda, Candice Byrd, and David Bissell.

Respectfully Submitted by,

*/s/ Sarah C. Otto*
Sarah C. Otto, KS # 27954
FOULSTON SIEFKIN LLP
7500 College Blvd., Suite 1400
Overland Park, KS 66210
P: 913.498.2100 | F: 913.498.2101
sotto@foulston.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2025, I filed the foregoing with the clerk of the court using the court's CM/ECF system, which will serve electronic notice upon all parties of record.

*s/ Sarah C. Otto*
*Attorney for Defendants*